IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 3:19-CR-302-ALB |
| | ) |
| JAMES F. WELBURN, | ) |
| | ) |

**ORDER**

James Welburn ("Welburn") is charged with multiple counts of conspiracy, bribery, and wire fraud. (Doc. 1). Evidence supporting these charges was seized from Welburn's truck driving school. On August 26, 2019, Welburn filed a Motion to Suppress. (Doc. 13). This matter is before the court on the October 29, 2019 Recommendation of the United States Magistrate Judge. (Doc. 27). Welburn did not file an objection to the Recommendation. Upon review of the Recommendation and after an independent review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. Welburn's Motion to Suppress (Doc. 13) is DENIED.

**DONE** and **ORDERED** this 14th day of November 2019.

      /s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE